No. 860. EMPIRE PACKING Co. ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Michael F. Mulcahy* and *Henry W. Dieringer* for petitioners. *Solicitor General Perlman* for the United States.

No. 877. KEATING v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner. *Solicitor General Perlman* for the United States.

No. 520. COMMISSIONER OF INTERNAL REVENUE v. HARTZ. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion the petition should be granted. *Solicitor General Perlman* for petitioner. *Donald B. Smith* for respondent.

No. 843. FITZ SIMONS & CONNELL DREDGE & DOCK Co. v. MULLEN; and
No. 844. FITZ SIMONS & CONNELL DREDGE & DOCK Co. v. SAVELA. C. A. 7th Cir. Certiorari denied. *Edward B. Hayes* for petitioner. *Irving Breakstone* for respondents.

No. 186, Misc. PALARDY v. AMERICAN-HAWAIIAN STEAMSHIP Co. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Thomas E. Byrne, Jr.* for respondent. *Abraham M. Fisch* filed a brief for the International Longshoremen's Association, as *amicus curiae,* supporting the petition.

No. 291, Misc. AIRD v. WEYERHAEUSER STEAMSHIP Co. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Thomas E. Byrne, Jr.* for respondent.